658

No. 712. KANSAS CITY SOUTHERN RY. CO. *v.* WESTVILLE. April 3, 1939. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Frank H. Moore, James B. McDonough,* and *Joseph R. Brown* for petitioner. *Mr. Saul J. Gordon* for respondent.

No. 714. NORTH SHORE DELIVERY CO. *v.* UNIVERSAL INDEMNITY INSURANCE CO. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Alfred O. Erickson* for petitioner. *Mr. Arthur S. Lytton* for respondent.

No. 716. MYKLEBUST ET AL. *v.* MEIDELL, MASTER AND CLAIMANT OF THE ESTRALLA. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Philip Dorfman* for petitioners. *Mr. John B. Shaw* for respondent.

No. 723. UWANAWICH *v.* UNITED STATES. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George Gordon Battle* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon, William W. Barron,* and *W. Marvin Smith* for the United States.

No. 725. OCEAN ACCIDENT & GUARANTEE CORP. *v.* SOUTHWESTERN BELL TELEPHONE CO. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John. T.*